UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS MIHALIK,<br><br>    Plaintiff,<br><br>v.<br><br>VERNETTA WEEMS, et al.,<br><br>    Defendants. | Case No. 19-CV-1396-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on plaintiff's "Request for an Extension of Time to Perfect Service of Process." Dkt. #7. The Court, having reviewed the record, hereby ORDERS that plaintiff's motion is GRANTED. See Fed. R. Civ. P. 4(m). The Clerk of Court is directed to reissue summons to plaintiff. Plaintiff shall affect and file proof of service on the named defendants pursuant to Fed. R. Civ. P. 4(e) no later than May 17, 2020. The Clerk of Court is directed to note this service deadline on the Court's calendar.

DATED this 23rd day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 1