UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOUGLAS MIHALIK,

        Plaintiff,

v.

VERNETTA WEEMS, et al.,

        Defendants.

Case No. C19-1396RSL

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

     This matter comes before the Court on plaintiff's "Request for an Extension of Time to Perfect Service of Process." Dkt. #10. Plaintiff filed this action on August 30, 2019. See Dkt. #1. On January 17, 2020, the Court denied plaintiff's "Request for Service of Summons and Complaint by U.S. Marshals" and directed plaintiff to affect and file proof of service within forty-five days. Dkt. #5. On March 6, 2020, plaintiff moved for an extension of time to affect service of process, alleging various difficulties with the U.S. Postal Service and commercial process servers. Dkt. #7. The Court granted plaintiff's motion and extended his service deadline to May 17, 2020. Dkt. #8. Plaintiff now moves for an additional extension of time to serve defendants, citing challenges related to the COVID-19 pandemic. See Dkt. #10. The Court is aware of the challenges presented by COVID-19 and, finding good cause exists, HEREBY GRANTS plaintiff's motion.[1] See Fed. R. Civ. P. 4(m). Plaintiff shall affect and file proof of service on the remaining named defendants pursuant to Fed. R. Civ. P. 4(e) no later

---

[1] The Court has now extended plaintiff's service deadline three times. Plaintiff is advised that no further extensions of time to serve will be granted.

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 1

1 | than July 31, 2020.  The Clerk of Court is directed to note this service deadline on the Court's
2 | calendar.

3      DATED this 4th day of June, 2020.

<br>

                                                      _____
                                                      Robert S. Lasnik
                                                      United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 2